```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 00213
    HARVEY D WRIGHT
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-4395


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/07/08 .

    2.  The case was dismissed without confirmation, 05/16/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL      SECURED VEHIC         .00            .00           .00
TRIAD FINANCIAL CORP       SECURED VEHIC         .00            .00           .00
CAROL HEFFNER              CHILD SUPPORT   NOT FILED            .00           .00
THE EDUCATION RESOURCES    PRIORITY        NOT FILED            .00           .00
US DEPT OF EDUCATION       PRIORITY        NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED            .00           .00
ANDERSON FINANCIAL NETWO   UNSECURED       NOT FILED            .00           .00
AT&T MOBILITY LLC          UNSECURED       NOT FILED            .00           .00
THE CHICAGO DEPT OF REVE   UNSECURED       NOT FILED            .00           .00
VISA                       UNSECURED       NOT FILED            .00           .00
CREDITORS COLLECTION       UNSECURED       NOT FILED            .00           .00
DEPENDON COLLECTION SERV   UNSECURED       NOT FILED            .00           .00
TRS RECOVERY SERVICES      UNSECURED       NOT FILED            .00           .00
LMG FAMILY DOCTORS         UNSECURED       NOT FILED            .00           .00
MUTUAL HOSPITAL SERVICES   UNSECURED       NOT FILED            .00           .00
NATIONWIDE CASSEL LP       UNSECURED       NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED            .00           .00
PROTECTION ONE SECURITY    UNSECURED       NOT FILED            .00           .00
SPRINT NEXTEL              UNSECURED       NOT FILED            .00           .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID

THOMPSON WEST              UNSECURED       NOT FILED            .00           .00
T MOBILE                   UNSECURED       NOT FILED            .00           .00
          Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00           .00           .00
PRINCIPAL PAID        .00          .00          .00           .00           .00
INTEREST PAID         .00          .00          .00           .00           .00
TOTAL PAID            .00          .00          .00           .00           .00
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $       .00
```

and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 00213 HARVEY D WRIGHT